UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTA ENCUENTRA, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC., a Delaware Corporation; AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; BRICK ADAMS LLC, a New Jersey Domestic Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>                              Defendants. | Case No.: 23-cv-02051-H-SBC<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO DISMISS** |

      On November 14, 2023, Defendant Church & Dwight Co., Inc. ("C & D") filed a motion to dismiss Plaintiff Carlota Encuentra's complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. (Doc. No. 4.) On December 4, 2023, Plaintiff filed a response in opposition to Defendant C & D's motion. (Doc. No. 9.)

      A hearing on C & D's motion is currently scheduled for Monday, December 18, 2023 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the

motion on the parties' papers, and vacates the hearing.  Defendant C & D's reply brief remains due by **December 11, 2023**.

      **IT IS SO ORDERED.**

DATED: December 6, 2023

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT