UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTA ENCUENTRA, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC., a Delaware Corporation; AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; BRICK ADAMS LLC, a New Jersey Domestic Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>                              Defendants. | Case No.: 23-cv-02051-H-SBC<br><br>**ORDER SUBMITTING THIRD PARTY DEFENDANT COAST TO COAST'S MOTION TO DISMISS THIRD-PARTY COMPLAINT** |
| BRICK ADAMS LLC, a New Jersey Domestic Limited Liability Company,<br><br>                              Third-Party Plaintiff,<br><br>v.<br><br>COAST TO COAST SALES LLC, a New York Domestic Limited Liability Company,<br><br>                              Third-Party Defendant. | |

On March 15, 2024, Third-Party Defendant Coast to Coast Sales LLC ("Coast to Coast") filed a motion to dismiss Third-Party Plaintiff Brick Adams LLC ("Brick Adams")'s third-party complaint pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process and pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (Doc. No. 24.)  On April 8, 2024, Brick Adams filed an opposition to Coast to Coast's motion.  (Doc. No. 32.)

A hearing on Third-Party Defendant Coast to Coast's motion is currently scheduled for Monday, April 22, 2024 at 10:30 a.m.  The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.  Third-Party Defendant Coast to Coast's reply brief remains due by **April 15, 2024**.

**IT IS SO ORDERED.**

DATED: April 15, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT